UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- X

DAVID MULLEN,  :
                 Plaintiff,  :  CASE NO.: 1:19-cv-09632-LAK
  -against-  :

EMPIRE RESORTS, INC., EMANUEL R.  :
PEARLMAN, KEITH R. HORN, EDMUND  :
MARINUCCI, NANCY A. PALUMBO,  :
GERARD EWE KENG LIM, RYAN ELLER,  :
and NANETTE L. HORNER,  :

                 Defendants.  :
------------------------------------- X

## NOTICE OF DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses the above-titled action as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: November 7, 2019            Respectfully Submitted,

                                            **MONTEVERDE & ASSOCIATES PC**

                                            */s/ Juan E. Monteverde*
                                            Juan E. Monteverde (JM-8169)
                                            The Empire State Building
                                            350 Fifth Avenue, Suite 4405
                                            New York, New York 10118
                                            Tel: 212-971-1341
                                            Fax: 212-202-7880

                                            *Attorney for Plaintiff*